```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MAILA BEACH,

                        Plaintiff,

        -against-                                              1:21-CV-6737-ALC

THE CITY OF NEW YORK, ET AL.,                                  ORDER SETTING CONFERENCE

                        Defendants.
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Jan. 20, 2022

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' letters in connection with Defendants' request for a stay of this case. ECF Nos. 12-13. The Court will hold a conference on **Tuesday, January 25, 2022 at 12:00PM Eastern Time**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:  Jan. 20, 2022**
        **New York, New York**

                                          **Andrew L. Carter, Jr.**
                                        **United States District Judge**