# THE ABOUSHI LAW FIRM, PLLC

**1441 Broadway Fifth Floor**
**New York, NY 10018**
**Telephone: (212) 391-8500**
**Facsimile: (212) 391-8508**
**www.Aboushi.com**

---

September 05, 2023

BY ECF
Hon. Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

                 Re:     Maila Beach v. City of New York, et al.
                           Civil Action No.: 1:21-CV-6737(ALC)

Dear Judge Carter,

       I represent Plaintiff in this matter and write pursuant to section 1D of Your Honor's Individual Practices to request an extension of time to file a motion for reconsideration of the Court's decision on Defendants' motion to dismiss, issued on August 28, 2023. This is Plaintiff's first request for said relief. The extension is necessary as the undersigned is recently back from maternity leave and needs additional time to prepare the motion.

       As a decision on a motion, pursuant to Local Civil Rule 6.3, the deadline would be fourteen days after the entry of the Court's determination of the original motion; however, Fed. R. Civ. P. 59(e) may apply and the time to make such a motion may count 28 days from the entry of judgment.

       Defendants, when asked for their position on the extension and proposed briefing schedule on August 30, 2023, did not know of any deadlines for a motion for reconsideration. Even after Defendants were provided with rules that may apply, they did not respond to the undersigned's request including a follow up request made this afternoon. In an abundance of caution, we ask for an extension until the later of October 06, 2023 or thirty days following the entry of judgment or the determination of the original motion to file said motion.

       We thank Your Honor for your time and attention to this matter.

                                                           Very truly yours,

                                                          _____
                                                          Tahanie A. Aboushi

cc: All counsel of record via ECF