# THE ABOUSHI LAW FIRM, PLLC

**1441 Broadway Fifth Floor**
**New York, NY 10018**
**Telephone: (212) 391-8500**
**Facsimile: (212) 391-8508**
**www.Aboushi.com**

September 06, 2023

<u>BY ECF</u>
Hon. Andrew L. Carter
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

> **Re:** **Maila Beach v. City of New York, et al.**
> **Civil Action No.: 1:21-CV-6737(ALC)**

Dear Judge Carter,

I represent Plaintiff in this matter and write in response to the City's opposition to Plaintiff's request for an extension of time to file a motion for reconsideration.

In the other case referenced by Mr. Scutero, the District Judge stayed discovery on July 05, 2023 to allow for settlement negotiations. My office handled that matter with co-counsel because the undersigned was going on maternity leave. Of note is that Mr. Scutero was not part of those negotiations and was presumably available to answer a simple request for an extension. Instead, Mr. Scutero responded to my request with additional questions and required follow-up emails from the undersigned over the course of several days while withholding the City's position until today's filing. Also, the undersigned represented the holiday as a basis for seeking an expedient answer from the City on the request to ensure it was timely before the Court considering the upcoming holiday and potentially short deadline.

More importantly, the City has not stated a basis to oppose the 30-day extension and only claims to have needed additional time to consider the request. It is unclear where Mr. Scutero understood Your Honor's rules to permit a request for an extension by September 7th. The deadline by which to file a motion for reconsideration is not clear hence the alternative dates proposed to the City. Thus, we respectfully ask the Court for an extension until the later of October 06, 2023 or 30 days following the entry of judgment or the determination of the original motion to file said motion.

We thank Your Honor for your time and attention to this matter.

Very truly yours,

Tahanie A. Aboushi

cc: All counsel of record via ECF