UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAILA BEACH, <br><br>       Plaintiff, <br><br> vs. <br><br> THE CITY OF NEW YORK, SERGEANT GERARD DOWLING (TAX ID 915640), SERGEANT ROBERTO DOMINGUEZ (TAX ID938384) and POLICE OFFICERS JOHN DOES #1-10, in their individual and official capacities, <br><br>       Defendants. | 21-cv-6737 (ALC) (SLC) <br><br> **DECLARATION OF** <br> **TAHANIE A. ABOUSHI** |

**PLAINTIFF'S NOTICE OF MOTION FOR RECONSIDERATION**

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Tahanie A. Aboushi, dated October 05, 2023, and the exhibit annexed thereto, the accompanying Memorandum of Law in Support of Plaintiff's Maila Beach's, Motion for Reconsideration pursuant to Fed. R. Civ. P. 59(e) and Local Rule 6.3, with respect to the Court's August 28, 2023 Memorandum Decision and Order Dismissing Amended Complaint, and Pursuant to Fed. R. Civ. P. 15(a) to Amend the Complaint and upon all the papers and proceedings previously had herein, the Plaintiff will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, before the Honorable Andrew L. Carter, United States District Judge, at a time and date to be designated by the Court, for an Order dissolving or modifying same in the interest of justice.

Dated: New York, New York
    October 05, 2023

                Respectfully Submitted,
                THE ABOUSHI LAW FIRM, PLLC

                  /s/
                By: Tahanie A. Aboushi
                1441 Broadway Fifth Floor
                New York, New York 10018

Telephone: (212)391-8500
Email: Tahanie@aboushi.com