

**SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

Peter Scutero
*Senior Counsel*
pscutero@law.nyc.gov
Phone: (212) 356-2410
Fax: (212) 356-1148

October 13, 2023

**By ECF**
The Honorable Andrew L. Carter
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

    Re: *Malia Beach v. City of New York et al.*
       21 Civ. 6737 (ALC)

Your Honor:

    I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney assigned to the defense of the above-referenced matter. Defendants write to request a 2-week extension of time, from October 19, 2023 to November 2, 2023, to submit opposition to plaintiff's motion for reconsideration. See Docket No. 59.

    Due to other work commitments, additional time is needed to finalize defendants' opposition papers. This is defendants' first request for an extension of time to file their opposition to plaintiff's motion for reconsideration. Plaintiff has consented to the extension.

    Thank you for your time and attention to this matter.

                                    Respectfully submitted,

                                    *Peter Scutero /s*

                                    *Senior Counsel*
                                    Special Federal Litigation Division

cc:    ALL COUNSEL (via ECF)