# THE ABOUSHI LAW FIRM, PLLC

**1441 Broadway Fifth Floor**  4922 4th Avenue 2nd Floor
**New York, NY 10018**  Brooklyn, NY 11220
**Telephone: (212) 391-8500**  www.Aboushi.com

April 18, 2025

**Via electronic mail:** jhutchin@law.nyc.gov
Jonathan Hutchinson
Senior Counsel
Special Federal Litigation Division
New York City Law Department
100 Church Street

                            **RE: Beach v. City of New York et al**
                              **Dkt. No. 21-cv-6737 (ALC)**

Dear Mr. Hutchinson,

    My firm, with co-counsel, represents Plaintiff in the case named above. This is to formally document that Plaintiff is accepting Defendants' Rule 68 Offer of Judgment, dated April 16, 2025, a copy of which is attached.

    I will contact you separately regarding the outstanding claims for attorney's fees and costs to see if we can reach a stipulation that would avoid the need for a formal application to the Court.

                                                          Sincerely,

                                                          Tahanie A. Aboushi, Esq.

Enclosure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MAILA BEACH,

                                                                             Plaintiff,

                      -against-                                  **RULE 68**
                                                                            **OFFER OF JUDGMENT**

THE CITY OF NEW YORK, SERGEANT GERARD
DOWLING (TAX ID 915640), SERGEANT ROBERTO
DOMINGUEZ (TAX ID 938384), POLICE OFFICER        21-CV-6737 (ALC)
ANDY COLLADO (TAX ID 968336), AND POLICE
OFFICERS ERIC LIANG, POLICE OFFICER CARLOS
GARCIA, POLICE OFFICERS JOHN DOES #1-4, said
named being fictitious and representing the unknown and
intended to be named later New York City Police
Department Officers involved in the occurrence herein,
individually and in their respective capacities as members
of the New York City Police Department,

                                                                       Defendants.

------------------------------------------------------------------------ x

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants the City of New York, Gerard Dowling, Eric Liang, Carlos Garcia, and any defendant who is currently or subsequently named and hereafter represented by the Office of the Corporation Counsel in this action, hereby offer to allow plaintiff Maila Beach to take a judgment against the City of New York in this action for the total sum of Ten Thousand and One ($10,001.00) Dollars, plus reasonable attorneys' fees, expenses, and costs to the date of this offer for plaintiff's federal claims.

        This judgment shall be in full satisfaction of all federal and state law claims or rights that plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of defendants, or any official, employee, or agent, either past or present, of the

City of New York, or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

This offer of judgment may only be accepted by written notice within 14 days after being served.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by defendants, or any official, employee, or agent of the City of New York, or any agency thereof; nor is it an admission that plaintiff has suffered any damages.

Acceptance of this offer of judgment will act to release and discharge defendants the City of New York, Gerard Dowling, Eric Liang, Carlos Garcia; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York, or any agency thereof, from any and all claims that were or could have been alleged by plaintiff arising out of the facts and circumstances that are the subject of this action.

Acceptance of this offer of judgment also will operate to waive plaintiff's rights to any claim for interest on the amount of the judgment.

Plaintiff Maila Beach agrees that payment of Ten Thousand and One ($10,001.00) Dollars within ninety (90) days of the date of acceptance of the offer shall be a reasonable time for such payment, unless plaintiff received medical treatment in connection with the underlying claims in this case for which Medicare has provided, or will provide, payment in full or in part. If plaintiff Maila Beach is a Medicare recipient who received medical treatment in connection with the claims in this case, the ninety (90) day period for payment shall start to run from the date plaintiff submits to counsel for defendants a final demand letter from Medicare.

By acceptance of this Rule 68 Offer of Judgment, plaintiff Maila Beach agrees to resolve any claim that Medicare may have for reimbursement of conditional payments it has made as secondary payer, and a Medicare Set-Aside Trust shall be created, if required by 42 U.S.C. § 1395y(b) and 42 C.F.R. §§ 411.22 through 411.26. Plaintiff Maila Beach further agrees to hold harmless defendants and all past and present officials, employees, representatives and agents of the City of New York, or any agency thereof, regarding any past and/or future Medicare payments, presently known or unknown, made in connection with this matter.

The judgment shall contain and recite the terms and conditions set forth herein.

Dated:   New York, New York
         April 16, 2025

                                        MURIEL GOODE-TRUFANT
                                        Corporation Counsel of the
                                              City of New York
                                        *Attorney for Defendants City, Dowling, Liang, and Garcia*
                                        100 Church Street, Room 3-173A
                                        New York, New York 10007
                                        (212) 356-2410

                                        By:    /s/ *Jonathan Hutchinson*
                                               Jonathan Hutchinson
                                               *Senior Counsel*

To:   **VIA FIRST CLASS MAIL**
      Tahanie Aboushie, Esq.
      *Attorney for plaintiff*
      The Aboushie Law Firm
      1441 Broadway, Suite 5036
      New York, NY 10018

      J. Remy Green, Esq.
      *Attorney for plaintiff*
      Cohen & Green P.L.L.C.
      1639 Centre Street, Suite 216
      Ridgewood, NY 11385

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MAILA BEACH,

                                Plaintiff,

-against-

CITY OF NEW YORK, SERGEANT GERARD
DOWLING (TAX ID 915640), SERGEANT
ROBERTO DOMINGUEZ (TAX ID 938384), POLICE
OFFICER ANDY COLLADO (TAX ID 968336) AND
POLICE OFFICERS ERIC LIANG, POLICE
OFFICER CARLOS GARCIA, POLICE OFFICERS
JOHN DOES #1-4, IN THEIR INDIVIDUAL AND
OFFICIAL CAPACITIES,
,
                                Defendants.
------------------------------------------------------------------X

**DECLARATION OF SERVICE**

21-cv-6737 (ALC)

        TAHANIE A. ABOUSHI hereby declares under penalties of perjury:

1.     I am counsel to Plaintiff in the above captioned matter.

2.     On April 18 2025, I served upon the Defendants the attached April 18, 2025 letter accepting Defendants' Rule 68 Offer of Judgment dated April 16, 2025 by e-mailing a letter accepting the offer, pursuant to the terms of the offer.

Dated: New York, New York
       April 18, 2025

                      By:    /s/
                               Tahanie A. Aboushi
                               The Aboushi Law Firm PLLC
                               1441 Broadway Fifth Floor
                               New York, New York 10018