

|  | **THE CITY OF NEW YORK** |  |
|---|:---:|---:|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **JONATHAN HUTCHINSON**<br>*Senior Counsel*<br>E-mail: jhutchin@law.nyc.gov<br>Phone: (212) 356-2410 |

April 21, 2025

**BY ECF**
Honorable Andrew L. Carter
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    <u>Maila Beach v. City of New York, et al.</u>,
                 21 Civ. 6737 (ALC) (SC)

Your Honor:

      I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing defendants the City of New York, Gerard Dowling, Eric Liang, and Carlos Garcia (hereinafter, "defendants") in the above-referenced matter. I write to inform the Court that plaintiff in the above-referenced action has accepted defendant City of New York's Rule 68 Offer of Judgment. The parties are currently attempting to resolve the issue of attorneys' fees and will seek the Court's assistance if necessary. Accordingly, the defendants' April 16, 2025 request for a pre-motion conference is now moot.

      Defendants thank the Court for its time and consideration in this matter.

                                                                         Respectfully submitted,

                                                                     /s/ *Jonathan Hutchinson*
                                                                     Jonathan Hutchinson
                                                                      *Senior Counsel*
                                                                     Special Federal Litigation Division

cc:    **VIA ECF:**
       Tahani Aboushi, Esq.
       J. Remy Green, Esq.
       *Attorneys for Plaintiff*