# THE ABOUSHI LAW FIRM PLLC

1441 Broadway Fifth Floor　　　　　　　　　　　　　　　　　4922 4th Avenue Second Floor
New York, NY 10018　　　　　　　　　　　　　　　　　　　　　Brooklyn, NY 11220
Telephone: (212) 391-8500　　　　　　　　　　　　　　　　　www.Aboushi.com

July 17, 2025

**BY: ECF**
Honorable Andrew L. Carter
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

　　　　　　　　　　RE: Beach v. City of New York, et al.,
　　　　　　　　　　　　21-cv-06737 (ALC)

Dear Hon. Judge Carter,

　　　We represent Plaintiff in this matter. We write pursuant to section IA of Your Honor's Individual Practices and jointly with Defendants' counsel to respectfully request that the Court schedule a settlement conference to resolve the matter of attorney fees.

　　　On April 16, 2025, Defendants issued plaintiff a Rule 68 Offer of Judgement. On April 18, 2025, Plaintiff accepted the City's offer. On April 21, 2025, Plaintiff filed a Notice of Acceptance With Offer of Judgment and a Proposed Judgment *See* Dkt. Nos. 95, 97 and 98. On the same date, the Clerk of the Court reviewed and approved the filings as to form. The proposed judgment has not yet been so ordered.

　　　Since then, counsel for the parties have discussed attorney fees but have not been able to come to a resolution. To that end, we are seeking the court's assistance to resolve the final issue of attorney fees in the hopes of avoiding motion practice.

　　　In addition, Plaintiff respectfully requests that the Court so-order the proposed Judgement filed on April 21, 2025 at Dkt. No. 98. Defendants take no position on this request.

　　　We thank Your Honor for your time and attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Tahanie A. Aboushi

_/s/_
J. Remy Green
COHEN & GREEN P.L.L.C.
1639 Centre Street, Suite 216
Ridgewood (Queens), NY 11385
t: (929) 888-9480
f: (929) 888-9457
remy@femmelaw.com

cc: All Counsel of Record (via ECF)