**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/22/2025__

# THE ABOUSHI LAW FIRM PLLC

| | |
|---|---|
| 1441 Broadway Fifth Floor | 4922 4th Avenue Second Floor |
| New York, NY 10018 | Brooklyn, NY 11220 |
| Telephone: (212) 391-8500 | www.Aboushi.com |

July 17, 2025

BY: ECF
Honorable Andrew L. Carter
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE: Beach v. City of New York, et al.,
21-cv-06737 (ALC)

Dear Hon. Judge Carter,

We represent Plaintiff in this matter. We write pursuant to section IA of Your Honor's Individual Practices and jointly with Defendants' counsel to respectfully request that the Court schedule a settlement conference to resolve the matter of attorney fees.

On April 16, 2025, Defendants issued plaintiff a Rule 68 Offer of Judgement. On April 18, 2025, Plaintiff accepted the City's offer. On April 21, 2025, Plaintiff filed a Notice of Acceptance With Offer of Judgment and a Proposed Judgment *See* Dkt. Nos. 95, 97 and 98. On the same date, the Clerk of the Court reviewed and approved the filings as to form. The proposed judgment has not yet been so ordered.

Since then, counsel for the parties have discussed attorney fees but have not been able to come to a resolution. To that end, we are seeking the court's assistance to resolve the final issue of attorney fees in the hopes of avoiding motion practice.

In addition, Plaintiff respectfully requests that the Court so-order the proposed Judgement filed on April 21, 2025 at Dkt. No. 98. Defendants take no position on this request.

We thank Your Honor for your time and attention to this matter.

Respectfully Submitted,

*/s/ Tahanie A. Aboushi*

_____
Tahanie A. Aboushi

/s/
J. Remy Green
COHEN & GREEN P.L.L.C.
1639 Centre Street, Suite 216
Ridgewood (Queens), NY 11385
t: (929) 888-9480
f: (929) 888-9457
remy@femmelaw.com

cc: All Counsel of Record (via ECF)

The Court will hold a settlement conference in this matter on July 31, 2025 at 12:00 PM ET. All parties shall appear in person in Courtroom 444, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. In advance of the conference, the parties shall file a joint letter with the Court outlining the dispute and their respective positions. The letter may be up to 4 pages and should be filed no later than July 25, 2025.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

July 22, 2025