# THE ABOUSHI LAW FIRM PLLC

1441 Broadway Fifth Floor  
New York, NY 10018  
Telephone: (212) 391-8500

4922 4th Avenue Second Floor  
Brooklyn, NY 11220  
www.Aboushi.com

July 22, 2025

**BY: ECF**  
Honorable Andrew L. Carter  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

RE: Beach v. City of New York, et al.,  
21-cv-06737 (ALC)

Dear Hon. Judge Carter,

    We represent Plaintiff in this matter and write to ask for an extension of 60 days of the default 14 days under Rule 54(d)(2)(B)(i) to apply for attorneys' fees pursuant to 42 U.S.C. § 1988 and the judgment entered on July 22, 2025 (ECF No. 101). The extension would allow the parties time to continue to negotiate and attempt to resolve the issue without motion practice. Defendants consent to this application.

    Under Rule 54, the deadline for an application is August 05, 2025. With this extension, the new deadline would be October 05, 2024.

    We thank Your Honor for your time and consideration.

Respectfully Submitted,

Tahanie A. Aboushi

/s/  
J. Remy Green  
COHEN & GREEN P.L.L.C.  
1639 Centre Street, Suite 216  
Ridgewood (Queens), NY 11385  
t: (929) 888-9480  
f: (929) 888-9457  
remy@femmelaw.com

cc: All Counsel of Record (via ECF)